Certificate Number: 16339-FLM-DE-040579511

Bankruptcy Case Number: 25-07369



16339-FLM-DE-040579511

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 3, 2026, at 3:04 o'clock PM EST, Brett Marchinik completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Florida.

Date:   February 3, 2026            By:   /s/Kris Krumal

                                    Name: Kris Krumal

                                    Title: Certified Financial Counselor